AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     NEW JERSEY

SUZANNE THOMSON and ROBERT TRAUTMANN, on behalf of themselves and all others similarly situated
V.
MENU FOODS INCOME FUND; MENU FOODS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   2:07-cv-01360

TO: (Name and address of Defendant)

MENU FOODS, INC.
9130 Griffith Morgan Lane
Pennsauken New Jersey 08110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregg D. Trautmann, Esq.
Trautmann & Associates, LLC
262 East Main Street
Rockaway, New Jersey 07866

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                              4-3-07
CLERK                                         DATE

DIANNE C. RICHARDS
(By) DEPUTY CLERK

LAW OFFICES
# TRAUTMANN AND ASSOCIATES, LLC
262 EAST MAIN STREET
ROCKAWAY, NJ 07866

(973) 316-8100
FAX (973) 983-1119

E-MAIL: info@Trautmann-law.com
WEB SITE: www.Trautmann-law.com
Writer's e-mail: GDT@Trautmann-law.com

**GREGG D. TRAUTMANN***

**JAMES K. PRYOR**
OF COUNSEL

**ROBERT T. TRAUTMANN**

**ARIEL SILVERMAN**

March 29, 2007

*MEMBER NJ & PA BAR

**RECEIVED**
APR - 2 2007
AT 8:30_____M
WILLIAM T. WALSH, CLERK

The Clerk - United States District Court
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: Thomson v. Menu Foods
Docket No.: 2:07-CV-01360
File No.: A1871

Dear Sir or Madam:

Enclosed for your issuance kindly find a Summons in the above referenced matter. In addition, I have enclosed a self-addressed stamped envelope provided for your use in returning the Summons to my offices once executed.

Your courtesies in this regard are greatly appreciated. Should you have any questions regarding this matter, feel free to contact me.

Very truly yours,
TRAUTMANN & ASSOCIATES, LLC

Gregg D. Trautmann, Esq.

GDT/jmw
Enc.
cc.   Suzanne Thomson

S:\Thomson\ClerkFederalCrt-01.doc