UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

SUZANNE THOMSON, et al.            Civil No. 07-1360

vs.                                Order of Reassignment
                                   And Reallocation

MENU FOODS INCOME FUND., et al.

It is on this 10th day of April, 2007,

O R D E R E D that the entitled action is reallocated from NEWARK to CAMDEN and reassigned from JUDGE PETER G. SHERIDAN To JUDGE NOEL L. HILLMAN.

S/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT