Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods, Inc. and
Menu Foods Income Fund

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUZANNE THOMSON and ROBERT TRAUTMANN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS INCOME FUND (An unincorporated entity organized under the laws of the Province of Ontario, Canada); MENU FOODS, INC. (A corporation organized under the law of the State of New Jersey) JOHN DOES 1-100 (Fictitious names for the person(s) and/or entities responsible for the damages complained of by the Plaintiffs herein),<br><br>Defendants | Civil Action No.: 1360 (NLH) (AMD)<br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE that the undersigned attorneys for the moving party defendants - Menu Foods, Inc. and Menu Foods Income Fund, shall move before the Honorable Noel L. Hillman of the United States District Court for the District of New Jersey sitting in Camden, New Jersey on Friday, May 18, 2007 at 9 a.m. or as soon thereafter as counsel may be heard for an Order staying this litigation pending the ruling by the Judicial Panel on Multidistrict

Litigation (MDL) with respect to four (4) Motions to Transfer and Consolidate numerous Class Action Complaints, which applications are presently scheduled for Hearing before the MDL Panel on May 31, 2007 at the United States Courthouse in Las Vegas, Nevada. In the alternative, the moving parties seek an extension of time to file a responsive pleading to the plaintiff's Complaint until 30 days after the decision by the MDL Panel with respect to the pending Motions to Transfer and Consolidate.

In support of the pending Motion, the moving party shall rely upon the Certification of Counsel, as well as the attached Memorandum of Law. Oral Argument is respectfully requested.

                                                     Respectfully submitted,
                                                     HILL WALLACK LLP

                                                     BY: _____
                                                          Gerard H. Hanson