IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE
HONORABLE NOEL L. HILLMAN

| | |
|---|---|
| SUZANNE THOMSON and ROBERT TRAUTMANN, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>MENU FOODS INCOME FUND, et al.,<br><br>      Defendants. | Civil No. 07-1360-NLH-AMD |

**ORDER TO REMOVE CASE
FROM THE ARBITRATION PROGRAM**

**IT IS** on this 28th day of June 2007, hereby

**ORDERED** that the above-captioned matter is removed from arbitration.

                                                  s/ Ann Marie Donio
                                                ANN MARIE DONIO
                                                United States Magistrate Judge

cc:   Hon. Noel L. Hillman
      Michelle Stortini, Arbitration Clerk